The People of the State of New York, Respondent, *v.* James J. O'Connor, Appellant.

(Argued September 30, 1931; decided November 17, 1931.)

*W. D. Smith* and *H. E. Blodgett* for appellant. There was no evidence to support the conviction. (*People* v. *Defore*, 242 N. Y. 13; *People* v. *Shanley*, 40 Hun, 477; *Stearns* v. *Titus*, 193 N. Y. 272; *People* v. *Marendi*, 213 N. Y. 600.)

*Roy W. Peters, District Attorney* (*J. W. Collamer* of counsel), for respondent. Defendant was legally arrested. (*People* v. *Webster*, 75 Hun, 278.) The officer had a legal right to search defendant. (*People* v. *Defore*, 242 N. Y. 13.)

*Per Curiam.* The conviction was for the crime of resisting an officer while " in the performance of his duty," under section 1825 of the Penal Law. The arrest of the prisoner was for the commission of a misdemeanor.

This crime had not been committed in the presence of the arresting officer; nor did the officer hold a warrant for the arrest.   Therefore, the arrest was illegally made; the officer had no right to search the prisoner; the prisoner did not resist an officer in the performance of any duty; and no crime was committed.

The judgments should be reversed and the information dismissed.

CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ., concur.

Judgments reversed, etc.